UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-11276 |
| Pamela Lamb | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. Capital One Auto Finance is removed from section 3.3 of the plan.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  October 01, 2018

**Prepared by:**

Dale Riley
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603